UNITED STATES FIDELITY & GUARANTY CO. *v.* MALLETT,
ET AL.

[75 South. 118, Division A.]

APPEAL AND ERROR.  *Correction of mathematical error, in.  Decree.*
   The supreme court on appeal will correct a mathematical error in
   the decree of the lower court.

APPEAL from the chancery court of Hinds county.
HON. O. B. TAYLOR, Chancellor.

Suit by Earl Mallett and others against the United
States Fidelity & Guaranty Co., and another.  From a
decree for plaintiffs, the defendant appeals.

The decree awarded a recovery to appellees against
C. J. Mallett for one thousand, six hundred and seventy-
three dollars, and fifty-four cents, and against appellant,
the surety on his guardian's bond, for one thousand,
two hundred dollars, the amount of the bond.  The sure-
ty company alone appeals.

*Green & Green* and *W. M. Hall,* for appellant.

*Luther Manship, Jr.,* for appellee.

SYKES, J., delivered the opinion of the court.

We find only one error in the decree of the lower
court, and that was in the mathematical calculation of
the amount in the decree against C. J. Mallett.  This
amount is excessive to the sum of eighty-five dollars,
and seventy cents, which is admitted by the appellees.
The case will therefore be affirmed as to the United
States Fidelity & Guaranty Company, and the amount
in the decree against C. J. Mallett reduced to the extent
of eighty-five dollars, and seventy cents.  All costs are
to be taxed against the appellant.

*Affirmed.*